JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

HAMLET AVETISYAN,
Petitioner,
v.
TODD BLANCHE, et al.,
Respondents.

Case No. 5:26-cv-04988-KES

**JUDGMENT**

Pursuant to the Court's Order Granting the Petition and Ordering Petitioner's Release from Custody, IT IS ADJUDGED that Ground 1 of the Petition is granted and Grounds 2 and 3 are dismissed without prejudice as moot.

DATED: October 20, 2026

Karen E. Scott

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE